Case 7:15-cv-09313-KMK   Document 49   Filed 12/18/17   Page 1 of 2

Karas, J. as

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

LILAC GROUP – W. SCRANTON CORP., :
:
                     Plaintiff, : **STIPULATION AND ORDER OF**
: **DISMISSAL WITH PREJUDICE**
-v.- :
:
                      : Case No. 7:15-cv-09313-KMK
WELLS FARGO BANK, N.A., :
:
                     Defendant. :
:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and between the undersigned attorneys for the parties in the above captioned action that the action is hereby dismissed with prejudice.

Dated:    Newburgh, New York
          December 14, 2017

                               CATANIA, MAHON,
                               MILLIGRAM & RIDER, PLLC
                               *Attorney for Plaintiff*
                               *Lilac Group – W. Scranton Corp.*

                               BY: _____
                               RICHARD M. MAHON, II, ESQ. (RM-9260)
                               One Corwin Court
                               Newburgh, New York 12550
                               (845) 565-1100
                               E. rmahon@cmmrlegal.com

Dated:   Warrington, Pennsylvania
         December 14, 2017

                                    FOX ROTHSCHILD LLP
                                    *Attorneys for Defendant/Counterclaim Plaintiff,*
                                    *Wells Fargo Bank, N.A.*

                                    BY: _____
                                    JULIE D. GOLDSTEIN, ESQ. (admitted *pro hac vice*)
                                    2700 Kelly Road, Suite 300
                                    Warrington, PA 18976
                                    (215) 345-7500
                                    E: jgoldstein@foxrothschild.com

**SO ORDERED:**
                                    _____
                                    HONORABLE KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
        December 15, 2017

2